

# Fourth Court of Appeals
## San Antonio, Texas

December 10, 2019

No. 04-19-00500-CV

**ESTATE OF BRADLEY KEITH JOHNSON,**

From the County Court at Law No. 2, Bexar County, Texas
Trial Court No. 2017PC0180
The Honorable Veronica Vasquez, Judge Presiding

# O R D E R

Sitting:      Sandee Bryan Marion, Chief Justice
               Rebeca C. Martinez, Justice
               Beth Watkins, Justice

On December 3, 2019, appellant filed a Motion for Leave to File Supplemental Briefing Regarding Subject Matter Jurisdiction. Appellant's motion is GRANTED.

It is so ORDERED on this 10th day of December, 2019.

PER CURIAM

ATTESTED TO: _____
MICHAEL A. CRUZ,
Clerk of Court